**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Manuel HUERTA–CABRERA,
Defendant—Appellant.**

No. 09–10166.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Robert A. Bork, Esquire, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

---

Richard F. Boulware, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: ALARCÓN, TROTT and TASHIMA, Circuit Judges.

MEMORANDUM **

Jose Huerta–Cabrera appeals the sentence imposed following his guilty plea to being a deported alien found unlawfully in the United States in violation of 8 U.S.C. § 1326.

Huerta–Cabrera contends that his sentence violated *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because it was based on a prior aggravated felony conviction not charged or admitted. Huerta–Cabrera concedes that his argument is foreclosed, *see e.g., United States v. Salazar–Lopez,* 506 F.3d 748, 751 n. 3 (9th Cir.2007); *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir. 2000); and that he raises it to preserve it for potential future review.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.